

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2025

No. 04-25-00479-CV

Brian Mitchell **JACKSON**, Damone J. Leblanc, Katherine E. Serna and/or all Occupants of
15207 Selene View, San Antonio, TX  78245,
Appellants

v.

**MB & RB INVESTMENTS, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-03851
Honorable Cesar Garcia, Judge Presiding

**ORDER**

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

In accordance with this court's opinion, the trial court's judgment is VACATED and the case is DISMISSED. *See* TEX. R. APP. P. 42.3. It is ORDERED that no costs are assessed because appellants are indigent. *See* TEX. R. APP. P. 20.1.

It is so **ORDERED** on October 8, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court